United States District Court
Southern District of Texas
**ENTERED**
April 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| MAURIAN RESHAHN BARBEE, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:17-CV-2433 |
| § | |
| LORIE DAVIS, § | |
| Director, Texas Department of Criminal § | |
| Justice–Correctional Institutions Division, § | |
| Respondent. § | |

## Order of Adoption

On January 3, 2018, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (24). No objections have been filed. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. Barbee's petition for writ of habeas corpus is denied with prejudice. A certificate of appealability will not issue.

Signed _April 12_, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge